No. 17–0048/AR. U.S. v. David J. Dorris. CCA 20140185. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue specified by the Court:

WHETHER JUDGE HERRING, A JUDGE ON THE COURT OF MILITARY COMMISSION REVIEW, WAS STATUTORILY AUTHORIZED TO SIT ON THE ARMY COURT OF CRIMINAL APPEALS, AND EVEN IF HE WAS STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE ARMY COURT OF CRIMINAL APPEALS, WHETHER HIS SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN HIS NEWLY ATTAINED STATUS AS A SUPERIOR OFFICER.

No briefs will be filed under Rule 25.

No. 17–0093/AR. U.S. v. Michael B. O'Connor. CCA 20130853. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER THE APPOINTMENT OF JUDGES PAULETTE V. BURTON AND JAMES W. HERRING AS CMCR JUDGES MEANT THAT THEY NO LONGER MET THE UCMJ DEFINITION OF APPELLATE MILITARY JUDGE.

II. WHETHER THE ASSIGNMENT OF INFERIOR AND PRINCIPAL OFFICERS TO A SINGLE TRIBUNAL VIOLATED THE APPOINTMENTS CLAUSE OF THE CONSTITUTION.

No briefs will be filed under Rule 25.

Friday, December 23, 2016

No. 16–0705/AR. U.S. v. Sean R. Erikson. CCA 20150130. On consideration of Appellee's motion to file a supplemental joint appendix and Appellant's motion extend time to file a reply brief, it is ordered that Appellee's motion to file a supplemental joint appendix is hereby granted, and Appellant's motion to extend time to file a reply brief is granted to January 6, 2017.